

January 11, 2022

HON. Kiyo Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  United States v. Devon Bristol; 20 Cr. 213 (KAM)

Dear Judge Matsumoto:

I have been appointed pursuant the Criminal Justice Act to represent Devon Bristol in the above-referenced matter and submit this letter to respectfully request authorization to submit an interim voucher for payment.  The charges against Mr. Bristol include Racketeering Conspiracy (18 U.S.C. §1962(c))(Count One), Possession of a Firearm during a drug trafficking crime (18 U.S.C. §924(c))(Count Two), Conspiracy to Commit Murder in Aid of Racketeering (18 U.S.C. §1959(a)(5))(Count Nine), and Interstate Stalking (18 U.S.C. §2261) (Count 10).

I was assigned to represent Mr. Bristol on June 24, 2020 and have expended a significant amount of time representing him, including but not limited to, the review of extensive discovery (including, but not limited to, multiple phones which were seized, investigative reports, surveillance videos, and social media postings). The case is currently scheduled to commence trial on August 1, 2022.

On one prior occasion, counsel submitted an interim voucher for which advance approval was not required due to the COVID-19 pandemic.  That voucher covered the legal services provided between June 24, 2020 and November 17, 2020, was submitted on November 25, 2020 and counsel received the requested payment.

Since the submission of my prior voucher on November 25, 2020, I have expended a significant amount of time representing Mr. Bristol and respectfully request permission to file an interim voucher for payment.

I thank Your Honor for considering this request.

Most Respectfully,

ERIC FRANZ

---

220 Old Country Road                       www.efranzlaw.com                       (212) 355-2200 (phone)
Mineola, New York 11501                                                            (212) 937-2217  (fax)