**WL| Wright Law**
**ATTORNEY AT LAW**

---

**305 BROADWAY, SUITE 1001,**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
www.wrightlaw.nyc

March 14, 2022

**BY ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States* v. *Devon Bristol* 20 Cr. 213 (KAM)

Dear Judge Matsumoto:

  I, along with Eric Franz, represent defendant, Devon Bristol, in the above referenced case. On March 11, 2022, per your Honor's Order directing all defendants to inform the Court by March 14, 2022 at 12:00pm as to whether the defendants consented to the exclusion of time under the Speedy Trial Act until April 29, 2022, to allow additional time for counsel to prepare motions in limine.

  After consultation with my client, Mr. Bristol, I had every intention of informing the Court before today's deadline at 12:00pm that Mr. Bristol consents to the exclusion of time. However, just yesterday there was a sudden and unexpected death of a very dear and close friend (and a member of the EDNY bar community). As a result of his death, I have been overcome by its trauma and consumed in dealing with my friend's family and related issues.

  I apologize for not informing the Court by noon today and I write now to inform the Court the Mr. Bristol consents to the exclusion of time until April 29, 2022, under the Speedy Trial Act to allow counsel additional time to file motions in limine.

          Sincerely,

          /s/

          Christopher Wright

Cc: Jonathan Siegel, AUSA